IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| GERALD BOYD, | § | |
|---|---|---|
| *Plaintiff*, | § | Case No. 2:16-CV-00233-JRG-RSP |
| v. | § | |
| MOUNT PLEASANT INDEPENDENT SCHOOL DISTRICT, | § | |
| *Defendant*. | § | |

## JUDGMENT

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on December 26, 2016 (Dkt. No. 48) recommending that Mount Pleasant's Motion for Summary Judgment (Dkt. No. 25) be granted. No objections have been filed. Accordingly, and after a de novo review, the Recommendation is ADOPTED.

IT IS ORDERED AND ADJUDGED that Mount Pleasant's Motion for Summary Judgment (Dkt. No. 25) is hereby **GRANTED**, and Mr. Boyd's claim is **DISMISSED**.

**So ORDERED and SIGNED this 9th day of January, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE